UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCO CAPITAL CORPORATION LTD,

                    Plaintiff,

        -against-

DEUTSCHE BANK AG,

                    Defendant.

No. 12-7270 (RWS)

ECF Case

**AMENDED RULE 7.1
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Arco Capital

Corporation Ltd. ("Arco"), by and through its undersigned counsel, makes the following

disclosure:  Arco is an exempted limited company organized and existing under the laws

of Cayman Islands.  Oppenheimer Global Strategic Income Fund/VA is an open-end

management investment company (commonly known as a "mutual fund") registered

under the Investment Company Act of 1940 that owns more than 10% of Arco's stock.

No other parent corporation or public company holds more than 10% of Arco's stock.

Dated: October 2, 2012

                    MILLER & WRUBEL P.C.

          By: _____
                    John G. Moon
                    Claire L. Huene
                    570 Lexington Avenue
                    New York, New York 10022
                    (212) 336-3500

                    *Attorneys for Plaintiff
                    Arco Capital Corporation Ltd.*